THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LAMARCO, Appellant.

(Argued January 29, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Supreme Court, rendered November 24, 1909, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Daniel J. Kenefick* and *Howard S. Jones* for appellant.

*Wesley C. Dudley, District Attorney* (*Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK, CHASE and COLLIN, JJ.